P. J., not voting, not being a member of this court at the time this decision is handed down.

The People of the State of New York ex rel. George R. Adams, Appellant, v. Jacob F. Stoll and Others, Assessors of the Town of Rosendale, Ulster County, New York, Respondents.— Orders appealed from unanimously affirmed, with costs. No opinion. Parker, P. J., not sitting.

John Riebennacht, an Infant, by Frank Riebennacht, His Guardian ad Litem, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Parker, P. J., not sitting.

Mary Sullivan, Appellant, v. Mary C. Bishop Respondent. — Judgment unanimously affirmed, with costs. No opinion. Parker, P. J., not sitting.

Mary E. Sutliff, Respondent, v. The Mutual Fire Insurance Association of Montgomery, Herkimer and Fulton Counties, Appellant.— Judgment and order reversed as against the weight of evidence and new trial granted, with costs to appellant to abide event. No opinion. All concurred; Parker, P. J., not sitting.

Arminda J. Spearbeck, Respondent, v. Robert J. Bell, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Parker, P. J., not sitting.

William M. Smith, Respondent, v. Luther W. Seaman, Appellant.— Judgment affirmed, with costs. No opinion. All concurred; Parker, P. J., not sitting.

Ellen J. Wynn, Respondent, v. The Provident Life and Trust Company of Philadelphia, Penn., Appellant.— Judgment and order reversed as against the weight of evidence and new trial granted, with costs to appellant to abide event. No opinion. All concurred; Parker, P. J., not voting, not being a member of this court at the time this decision was handed down.

Irving Moyer, Appellant, v. Village of Nelliston, Respondent.— Order modified by inserting as a condition for the granting of a new trial the payment by defendant of the trial fee and disbursements, and as so modified affirmed, without costs to either party. Opinion by Smith, J.* All concurred; Parker, P. J., not sitting.

Ira Blount, as Administrator, etc., of Ira F. Blount, Deceased, v. The City of Troy.— Motion denied.

Hewitt Boice, Respondent, v. The Municipal Telegraph and Stock Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Parker, P. J., not sitting.

Maynard N. Clement, as State Commissioner of Excise of the State of New York, Respondent, v. Federal Union Surety Company, Impleaded with Thomas Lunan, Appellant.— Motion for leave to go to Court of Appeals granted, and question certified as follows: Does the limitation in section 18 of the Liquor Tax Law,† as to the amount of the recovery, prevent a plaintiff from taxing costs and disbursements and adding same to the verdict when the verdict is for the full penalty of the bond?

---

* Memorandum withheld from publication by direction of the court.

† See Laws of 1896, chap. 112, § 18, as amd. by Laws of 1897, chap. 312, and Laws of 1903, chap. 486.—[REP.